IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONTVALE SURGICAL CENTER, LLC a/s/o DONALD JEGGE,<br><br>Plaintiffs,<br><br>v.<br><br>AETNA INSURANCE; TOYS "R" US, INC., and ABC CORP. 1-10,<br><br>Defendants. | Civil Action No.: 2:12-cv-04285-KSH-PS |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Edward S. Wardell, Esquire, Matthew A. Baker, Esquire and Patrick J. Murphy, III, Esquire hereby enter an appearance as co-counsel on behalf of Defendant Aetna, and request that copies of all papers in this action be served upon the undersigned.

                                                  CONNELLFOLEY LLP
                                                  Liberty View
                                                  457 Haddonfield Rd., Ste. 230
                                                  Cherry Hill, New Jersey 08002
                                                  (856) 317-7100
                                                  *Attorneys for Defendant*
                                                  *Aetna*

Dated: August 13, 2012                    By: *s/Matthew A. Baker*
                                                    Edward S. Wardell, Esquire
                                                    Matthew A. Baker, Esquire
                                                    Patrick J. Murphy, III, Esquire