Paul D. Kelly, Esquire
Craig Annin & Baxter, LLP
41 Grove Street
Haddonfield, NJ 08033
(856) 795-2220
*Attorneys for Defendants*

| | |
|---|---|
| Montvale Surgical Center, LLC a/s/o D███ J███, <br> Plaintiffs, <br><br> v. <br><br> Aetna Insurance Company; Toys "R" Us, Inc. and ABC Corp. (1-10) (said names being fictitious entities) <br> Defendants. | UNITED STATES DISTRICT COURT <br> DISTRICT OF NEW JERSEY <br><br> Civil Action: 2:12-cv-04285-KSH-PS |

## SUBSTITUTION OF ATTORNEY

The undersigned hereby consents to substitution of Edward S. Wardell, Esquire, and Matthew A. Baker, Esquire and Patrick J Murphy III, of the law firm ConnellFoley LLP as the attorneys for Defendants Aetna Insurance Company and Toys "R" Us, Inc.

Dated: November 5, 2012

CONNELLFOLEY, LLP

By: /s/ Edward Wardell
Edward S. Wardell, Esquire
Connell Foley LLP
Superseding Attorneys

CRAIG, ANNIN & BAXTER, LLP

By: /s/ Paul D. Kelly
Paul D. Kelly, Esquire
Withdrawing Attorney